IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILDRED KASTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-285-GPM |
| ) | |
| VOLKSWAGEN OF AMERICAN, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Scheduling and Discovery Conference set for July 5, 2006 at 9:00 a.m. Attorney John T. Papa contacted chambers and indicated that this matter will, in all likelihood, be transferred to the MDL panel. In light of this information, the scheduling conference is **RESET** to **August 15, 2006 at 2:00 p.m.**

The parties are nonetheless reminded that the presumptive trial date is unlikely to move and the parties will be bound by the 115/100 day discovery/dispositive motion filing deadlines located in the Local Rules. In addition, the Court is unlikely to reset the scheduling conference, for a second time, irrespective of a potential transfer to the MDL panel. Thus, the requirements of the original Notice to Counsel (Doc. 9) still apply.

**DATED: June 30, 2006**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**